(114 App. Div. 374.)

### PEOPLE v. FEDERAL BANK OF NEW YORK.

### APPEAL OF SCHLESINGER.

(Supreme Court, Appellate Division, First Department. July 12, 1906.)

RECEIVERS—STIPULATION FOR COMPENSATION.

> The people, represented by the Attorney General, and the receiver and his attorney being the only parties to a reference for the purpose of fixing the compensation of the receiver and his attorneys in a proceeding by the people against an insolvent bank, the special term cannot reduce the amount stipulated by the parties for such compensation.

Appeal from Special Term, New York County.

Proceedings by the people against the Federal Bank of New York. From an order of the special term modifying the report of a referee, Leo Schlesinger, receiver, and Kneeland, La Fetra, and Glase, attorneys for said receiver, appeal. Reversed.

Argued before O'BRIEN, P. J., and McLAUGHLIN, PATTERSON, LAUGHLIN, and HOUGHTON, JJ.

D. Cady Herrick, for appellants.
Charles F. Bostwick, for respondent.

PER CURIAM. It would seem from the course of the trial before the referee that it was practically stipulated that the claimant's compensation should be fixed at $20,000. The people, represented by the Attorney General, and the claimants were the only parties to the reference. Any stipulation they may have made the Special Term could not disturb while it remained in force. This being so, the action of the Special Term in reducing that amount to $15,000 was unwarranted. The order appealed from should be reversed, and the report of the referee confirmed, without costs.